DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TEMPLES

No. 239P85.

Case below: 74 N.C. App. 106.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 July 1985.

STATE v. YORK

No. 329A85.

Case below: 74 N.C. App. 609.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 July 1985.

WILSON v. WILSON

No. 165P85.

Case below: 73 N.C. App. 96.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.